UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Parks,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company; Dignity Health Long Term Disability Benefit Plan,<br><br>Defendants. | Case No.: 2:25-cv-04700-MTL<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation for Dismissal of Defendant Dignity Health Long Term Disability Benefit Plan Without Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Dignity Health Long Term Disability Benefit Plan be and hereby is dismissed without prejudice in this action, and that Plaintiff shall bear her own costs and attorneys' fees with regard to such claims.

DATED this ___ day of ___________ 2026.