**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Katherine Parks,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-25-04700-PHX-MTL<br><br>**ORDER** |

Having considered the parties' Stipulation for Dismissal of Defendant Dignity Health Long Term Disability Benefit Plan Without Prejudice (Doc. 8),

**IT IS ORDERED** that the stipulation (Doc. 8) is **GRANTED**. Defendant Dignity Health Long Term Disability Benefit Plan is dismissed from this action, without prejudice, with each party to bear its own attorneys' fees.

Dated this 27th day of January, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge