**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Parks,<br><br>Plaintiff,<br><br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | Case No. 2:25-cv-04700-PHX-MTL<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO APPEAR AT SCHEDULING CONFERENCE VIA TELEPHONE** |

Defendant The Lincoln National Life Insurance Company ("Defendant" or "Lincoln") files this Unopposed Motion for Leave to Appear at Scheduling Conference Via Telephone, and states as follows:

The Rule 16 Scheduling Conference is set in this matter for March 24, 2026, at 2:00 pm before US District Michael T. Liburdi.

Defendant's counsel is based in Dallas, Texas, and would like to appear at the Scheduling Conference via telephone. Plaintiff's counsel has no objection to Defendant's counsel appearing via telephone for the Scheduling Conference. The

parties are in agreement with regard to the issues included in the Joint Report (Document 11) that was filed with the Court on March 16, 2026.

WHEREFORE, Defendant requests that its Counsel be allowed to appear at the March 24, 2026, Scheduling Conference via telephone.

RESPECTFULLY SUBMITTED this 16th day of March 2026.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Lisa J. Counters
Lisa@Schiffmanlaw.com
Attorneys for Plaintiff

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.