UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Parks,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | Case No.: 2:25-cv-04700-PHX-MTL<br><br>**[PROPOSED] ORDER** |

On this day, the Court considered the Unopposed Motion to Appear at Scheduling Conference Via Telephone filed by the Defendant. Having considered the Motion, and the applicable law, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

**ORDERED** that the Unopposed Motion to Appear at Scheduling Conference Via Telephone is hereby **GRANTED**. It is, therefore, also

**ORDERED** that Counsel for Defendant shall appear via Telephone for the Scheduling conference set for March 24, 2026, at 2:00 pm.