**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Katherine Parks,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-25-04700-PHX-MTL<br><br>**ORDER** |

Having considered Defendant's Unopposed Motion for Leave to Appear Telephonically (Doc. 12), and good cause appearing,

**IT IS ORDERED** that the motion (Doc. 12) is **GRANTED**. Defendant's counsel, Iwana Rademaekers, may appear telephonically at the Scheduling Conference set for March 24, 2026.

**IT IS FURTHER ORDERED** that counsel should call (855) 244-8681 a few minutes prior to the time set for the hearing and use Access Code: 2315-590-1901. Please avoid the use of headsets or speaker phone.

Dated this 17th day of March, 2026.

Michael T. Liburdi
United States District Judge